AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
DEC 0 6 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

United States of America
v.
Sheila Ann Elliott

Desiree Marie MENDOZA

*Defendant(s)*

Case No. 2:19-M-09898,001
002

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/04/2019__ in the county of __Maverick__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 | unlawfully, knowingly and intentionally imported and caused to be imported a quantity of Mehtamphetamine (Approximately 7.12 kgs), a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

On December 4, 2019 Sheila Ann ELLIOTT and Desiree Marie MENDOZA, entered into the United States (US) from the Republic of Mexico in a silver Chevrolet HHR bearing Texas License Plate MRK7364, through the Eagle Pass, Texas Port of Entry #2. United States Customs and Border Protection Officers (CBPOs) referred the vehicle to secondary due to a NCIC hit on ELLIOTT. CBPOs inspected the vehicle further and received a K-9 alert that resulted in the extraction of twelve packages. One package were probed, and field tested positive for the properties and characteristics of methamphetamine. In a post-Miranda interview, ELLIOTT stated that they were both hired to go to Mexico for the purpose of smuggling narcotics into the US and would split the proceeds. In a post-Miranda interview, MENDOZA stated she distributes methamphetamine in Kerrville, TX and ELLIOTT is her supplier. MENDOZA stated that she was only getting paid to assist ELLIOTT in taking money into Mexico and ELLIOTT had made the arrangements for smuggling the methamphetamine without her knowledge.

☐ Continued on the attached sheet.

*Complainant's signature*

HSI SA Clint Johnson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/06/2019

*Judge's signature*

City and state: Del Rio, Texas

United States Magistrate Judge Collis White
*Printed name and title*