FILED
December 18, 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ Saj _____
                   DEPUTY

REDACTED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

DR:19-CR-03281-DCG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | Cause No. |
| v. | § § § | **INDICTMENT** |
| SHEILA ANN ELLIOTT (1), DESIREE MARIE MENDOZA (2) | § § § § § § § § § § § § § § § § | [VIO: COUNT ONE: 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846, Conspiracy to Possess With Intent to Distribute Methamphetamine; COUNT TWO: 21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession of Methamphetamine With Intent to Distribute; COUNT THREE: 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), and 963, Conspiracy to Import Methamphetamine; COUNT FOUR: 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), Importation of Methamphetamine.] |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846]

On or about December 04, 2019, in the Western District of Texas, Defendants,

SHEILA ANN ELLIOTT (1),
DESIREE MARIE MENDOZA (2),

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed together and with others unknown to the Grand Jury to possess with the intent to distribute a controlled substance, which offense involved a quantity of 500 grams or more of a mixture or substance

containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A) and 846.

## COUNT TWO
[21 U.S.C. § 841(a)(1) & (b)(1)(A)]

On or about December 04, 2019, in the Western District of Texas, Defendants,

SHEILA ANN ELLIOTT (1),
DESIREE MARIE MENDOZA (2),

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A).

## COUNT THREE
[21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), and 963]

On or about December 04, 2019, in the Western District of Texas, Defendants,

SHEILA ANN ELLIOTT (1),
DESIREE MARIE MENDOZA (2),

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed together and with others unknown to the Grand Jury to import and cause to be imported a controlled substance, which offense involved a quantity of 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, into the United States from the Republic of Mexico, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1) & (b)(1), and 963.

## COUNT FOUR
[21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1)]

On or about December 04, 2019, in the Western District of Texas, Defendants,

SHEILA ANN ELLIOTT (1),
DESIREE MARIE MENDOZA (2),

did knowingly, intentionally and unlawfully import into the United States from the Republic of Mexico, a place outside of the United States, a controlled substance, which offense involved a quantity of 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1) & (b)(1).

A TRUE BILL,
ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
REX BEASLEY
Assistant United States Attorney

**DR:19-CR-03281-DCG**

SEALED:
UNSEALED: XX

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: MAVERICK            USAO #: 2019R23445

DATE: DECEMBER 18, 2019            MAG. CT. #: DR19-9898M

AUSA: REX BEASLEY

DEFENDANT: SHEILA ANN ELLIOTT

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: YES            LANGUAGE: SPANISH

DEFENSE ATTORNEY: LANCE OGUEJIOFOR ADUBA

ADDRESS OF ATTORNEY: 2205 VETERANS BLVD. STE. A-2, DEL RIO, TX 78840

DEFENDANT IS: DETAINED            DATE OF ARREST: DECEMBER 04, 2019

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846, Conspiracy to possess with intent to distribute Methamphetamine; Count 2 - 21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession with intent to distribute Methamphetamine; Count 3 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), and 963, Conspiracy to Import Methamphetamine; Count 4 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), Importation of Methamphetamine;

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: For each count: 10-life years imprisonment; up to $10 million fine; at least at least 5 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above

W/DT-CR-3

**DR:19-CR-03281-DCG**

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

COUNTY: <u>MAVERICK</u>　　　　　USAO #: <u>2019R23445</u>

DATE: <u>DECEMBER 18, 2019</u>　　　MAG. CT. #: <u>DR19-9898M</u>

AUSA: <u>REX BEASLEY</u>

DEFENDANT: <u>DESIREE MARIE MENDOZA</u>

CITIZENSHIP: <u>UNITED STATES</u>

INTERPRETER NEEDED: <u>YES</u>　　　LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: <u>SOSTENES MIRELES II</u>

ADDRESS OF ATTORNEY: <u>PO BOX 1364, DEL RIO, TX 78841</u>

DEFENDANT IS: <u>DETAINED</u>　　　DATE OF ARREST: <u>DECEMBER 04, 2019</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846, Conspiracy to possess with intent to distribute Methamphetamine; Count 2 - 21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession with intent to distribute Methamphetamine; Count 3 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), and 963, Conspiracy to Import Methamphetamine; Count 4 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), Importation of Methamphetamine;</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>For each count: 10-life years imprisonment; up to $10 million fine; at least at least 5 years of supervised release; $100 special assessment for each count of conviction.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>See above</u>

W/DT-CR-3